UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BENAMIN WARREN AMDAL,<br><br>　　　　Defendant. | CASE NO. CR07-05500 RJB<br><br>ORDER DENYING MOTION |

This matter comes before the court on the letter motion filed by defendant *pro se* (Dkt. 52). Mr. Amdal's attorney, Keith McFie, now advises the court that the motion should be withdrawn. It is therefore

ORDERED that the defendant's letter/motion (Dkt. 52) is WITHDRAWN and therefore DENIED WITHOUT PREJUDICE.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 7th day of March, 2012.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER DENYING MOTION- 1